UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GHEORGHE BOTOSANU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LAS VEGAS,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02483-APG-PAL<br><br>**ORDER DENYING MOTION TO DISMISS AS WITHDRAWN**<br><br>(ECF No. 8) |

In light of defendant City of Las Vegas's withdrawal of its motion to dismiss (ECF No. 11 at 2),

IT IS ORDERED that defendant City of Las Vegas's motion to dismiss **(ECF No. 8) is DENIED as withdrawn**.

DATED this 1st day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE