RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
701 E. Bridger Ave., Ste. 520
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

GHEORGHE BOTOSANU,

    Plaintiff,

vs.                                    2:16-cv-02483-APG-PAL

CITY OF LAS VEGAS,

    Defendant.                  **ORDER**

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, RICHARD SEGERBLOM, ESQ. for Plaintiff and BRADFORD R. JERBIC, City Attorney, by JACK ESLINGER, ESQ., Deputy City Attorney for the Defendant, that the above matter be dismissed, with prejudice, with both parties to bear their own costs and attorney's fees.

DATED this 14th day of June, 2017.

BRADFORD R. JERBIC                    Richard Segerblom, Ltd.
City Attorney

By:  /s/ Jack Eslinger                   /s/ Richard Segerblom
      JACK O. ESLINGER                 RICHARD SEGERBLOM, ESQ.
      Deputy City Attorney              701 E. Bridger Ave., Ste. 520
      495 South Main, Sixth Floor       Las Vegas, Nevada 89101
      Las Vegas, NV 89101                Attorney for Plaintiff
      Attorneys for Defendant

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE
Dated: June 14, 2017.